USDC- BALTIMORE
'25 OCT 28 PM12:31

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF A DARK GRAY BMW 325i COUPE, VIN WBABS33441JY58289, LICENSE PLATE EW7907, CURRENTLY LOCATED AT AN FBI FACILITY AT 2600 LORD BALTIMORE DR., WINDSOR MILL, MD** | **Case No.** 25-mj-02082<br><br>**UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF AN**
**APPLICATION FOR SEARCH WARRANT**

I, Sam D. Shahrani, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. This is an affidavit in support of an application for a search warrant pursuant to Federal Rule of Criminal Procedure 41 for a dark gray BMW 325i Coupe, VIN WBABS33441JY58289, Washington D.C. License Plate EW7907, (the "**SUBJECT VEHICLE**") currently located at an FBI Facility at 2600 Lord Baltimore Drive, Windsor Mill, Maryland, and originally seized from an alley behind 1522 Elmtree Street, Curtis Bay, Maryland 21226. The vehicle, which is more fully described in Attachment A, is in substantially the same condition as when it was first taken into law enforcement custody on May 21, 2025.

2. As a result of an ongoing investigation, more fully described below, I submit there is probable cause to believe that within the **SUBJECT VEHICLE** is evidence, fruits, and instrumentalities (as detailed in Attachment B) of federal criminal offenses including 18 U.S.C. § 2314 (interstate transportation of stolen property), 18 U.S.C. § 2315 (sale or receipt of stolen goods), and 18 U.S.C. § 371 (conspiracy).

3. Specifically, there is probable cause to believe that Erick Mauricio ALFARO GUEVARA ("ALFARO GUEVARA"), and others known and unknown, have conspired to

transport stolen property, specifically catalytic converters stolen in at least the District of Maryland and the Eastern District of Virginia, interstate, and that ALFARO GUEVARA, and others known and unknown, have received these stolen goods and/or offered these stolen goods for sale.

4. The facts in this affidavit come from my personal observations and knowledge, my review of documents and other evidence, my training and experience, and information obtained from other agents, U.S. Government personnel, police officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested search warrant and does not set forth all my, or the government's, knowledge about this matter. I have not, however, intentionally excluded any information known to me that I believe would defeat a determination of probable cause.

**AFFIANT'S TRAINING AND EXPERIENCE**

5. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since September 2011. I was first assigned to the FBI's New York Field Office following completion of my training in February 2012. I was assigned to the Cyber Criminal Computer Intrusion squad from approximately October 2012 until April 2019. From April 2019 until November 2022, I was assigned to the Hi-Tech Organized Crime squad at the FBI's Washington, D.C. Field Office (WFO), in the Northern Virginia Resident Agency (NVRA). Since November 2022, I have been assigned to a Transnational Organized Crime squad at the NVRA. My responsibilities include investigation of organized criminal activity under the Major Theft Program and, specifically, investigations pertaining to auto theft and auto parts theft.

6. As an FBI Special Agent, I am an "investigative or law enforcement officer of the United States," within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States

empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18 and Title 21 of the U.S. Code.

7. During my employment as an FBI Special Agent, I have participated in investigations involving vehicle thefts, interstate transportation of stolen vehicles, and trafficking in motor vehicles and motor vehicle parts. I have specialized training and experience in the areas of motor vehicle thefts, evidence recovery, and the analysis of digital evidence. As part of this training and experience, I have analyzed phone and internet records, participated in the search and seizure of digital accounts, prepared, and sworn out criminal complaints, and participated in the execution of search and arrest warrants.

**PROBABLE CAUSE**

8. Since approximately November 2022, the FBI has been investigating individuals and groups involved in the theft, transport, dismantlement, and/or shipping of stolen vehicles in the Washington, D.C., Maryland, and Virginia area. These investigations have so far identified multiple individuals that appear to be involved in different aspects of the auto theft ecosystem. Two individuals involved in the theft of catalytic converters are ALFARO GUEVARA and co-conspirator 1 ("CC-1").

9. On or about January 14, 2025, I learned of two state investigations into a series of catalytic converter thefts: one by the Fairfax County (Va.) Police Department ("FCPD"), and one by the Montgomery County (Md.) Police Department ("MCPD"). Between September 2024 and December 2024, approximately 90 catalytic converter thefts had been reported in FCPD's jurisdiction. During that same period, approximately 30 catalytic converter thefts were reported in MCPD's jurisdiction.

10.     Witness statements and video surveillance revealed that at least two vehicles appeared to have been associated with these thefts. One vehicle was an older model Honda Accord, possibly red, and the other vehicle was a black BMW four-door sedan.

11.     On or about October 17, 2024, a Baltimore City police officer initiated a traffic stop on CC-1 in Baltimore, Maryland.  CC-1 was driving a black 2011 BMW 535i with distinctive damage to the area of the center of the rear trunk. CC-1 was accompanied by a female riding in the front passenger seat. The vehicle was displaying Virginia temporary license plate 49734E, which was expired and did not belong to the 2011 BMW. Screen captures from the body worn camera footage of that encounter are included below:





12. CC-1 was cited for unauthorized display and use of a registration plate, and knowingly driving an uninsured vehicle, and was arrested on an outstanding warrant from another jurisdiction. CC-1 was subsequently released on probation or supervised release status in Baltimore.

13. On or about November 3, 2024, more than 15 catalytic converters were reported stolen from Richmond, Virginia. Multiple witnesses described a black BMW leaving the scene of these thefts, and surveillance video also captured a vehicle matching that description.

14. Between December 4, 2024, and December 22, 2024, at least 15 reported thefts of catalytic converters took place in Arlington County, Virginia.

15. On December 18, 2024, officers from the Anne Arundel Police Department (AAPD) responded to a single-car accident in the vicinity of Brock Ridge Rd and Dorsey Run Loop in Laurel, Maryland. According to the associated report, the notes for the call for service indicated that two individuals wearing black hoodies, one of whom was wearing blue jeans, were observed leaving the scene of the accident on foot.

16. The vehicle involved in the accident was a burgundy 2005 Honda Accord bearing Maryland license plate A353448. This vehicle matches the description of one of the vehicles witnesses observed in connection with previously reported catalytic converter thefts. Scattered around the scene of the accident were 17 catalytic converters, shown below:



17.    Based on my training and experience, a very conservative estimate of the value of these catalytic converters is at least $8,000.

18.    A search of license plate reader records revealed that Maryland license plate A353448 had been present in the vicinity of Arlington, Virginia, a few hours prior to the time of the accident. In addition to the catalytic converters, the inventory search of the burgundy 2005 Honda Accord also located seven cellphones in a plastic bag and one Apple cell phone that was charging near the driver's seat. The Apple phone near the driver's seat was on and unlocked and determined to be assigned phone number 443-965-6361 (the "-6361 number") which was associated with service provider AT&T Wireless.

19.    AAPD conducted a check of the registration for the burgundy 2005 Honda Accord and determined that the vehicle was unregistered. AAPD contacted the last known owner who advised that the burgundy 2005 Honda Accord had been sold by the previous owner in September 2024 to a male the previous owner identified as "Erick Alfaro" (ALFARO GUEVARA) with the phone number 443-965-6361—the -6361 number.

20. Separately, in December 2024, MCPD detectives drafted and executed a search warrant for an area and tower dump[1] associated with catalytic converter cases in MCPD's jurisdiction. The results identified a single device at or near most of the reported catalytic converter thefts in Montgomery County since September 2024. The number associated with that phone was 443-766-4020 (the "-4020 number"), which was associated with service provider T-Mobile.

21. Records obtained by MCPD indicated that phone was associated with Individual-1, known to be the girlfriend of CC-1, at an address in Baltimore. CC-1 provided the -4020 number as his phone number to his Maryland Public Safety and Correction Services Probation or Parole officer.

22. FCPD requested records from Apple, Inc. for IMEI 356468108108837, associated with the -4020 number. These records revealed that the subscriber information associated with that IMEI listed a registration date of October 2, 2024, via iCloud. The first name for the account was listed as "El diablo" and the last name was listed as "Ortiz." "Ortiz" is one of the last names associated with CC-1.

23. MCPD swore out and executed a state search warrant for call detail records (CDRs) related to the -4020 number, which included the locations of cell towers that the device assigned the -4020 number communicated with. The results of that warrant showed that the -4020 number was at, or near, the majority of the 90 reported catalytic converter thefts in FCPD's jurisdiction; at, or near, most of the catalytic converter thefts that occurred in MCPD's jurisdiction; at, or near, most of the catalytic converter thefts that occurred in Richmond PD's jurisdiction; and at, or near, the 10 Arlington County Police Department (ACPD) incidents reported between December 3, 2024 and December 22, 2024.

[1] A tower dump is a collection of information about all cell phones that connected to a cell tower during a specific time frame.

24.    The ten ACPD incidents included the incident on December 18, 2024, prior to the accident in Anne Arundel County, in which the 17 catalytic converters were recovered from the burgundy Honda Accord.

25.    Further analysis of the CDRs associated with the -4020 number showed that one of the top contacted phone numbers for the -4020 number was the -6361 number—the number associated with the phone recovered from the burgundy Honda Accord with the 17 stolen catalytic converters.   Records provided by AT&T indicated the -6361 number was a post-paid phone associated with seller Dish Wireless LLC of Colorado, and that the phone had been active since May 9, 2024. No subscriber name was associated with the -6361 number.

26.    MCPD served a state search warrant for CDRs related to the -6361 number, which included the locations of cell towers that the device assigned the -6361 number communicated with. The results of that warrant showed that the -6361 number was at, or near, at least five catalytic converter thefts that took place in MCPD's jurisdiction between October 30, 2024, and December 10, 2024.

27.    Both the -6361 number and the -4020 number were at, or near, at least 33 of the catalytic converter thefts reported to FCPD between November 5 and November 8, 2024. In total, the -4020 phone associated with CC-1 was in the vicinity of at least 63 FCPD catalytic converter theft cases between September 2024 and December 2024. The -6361 number associated with ALFARO GUEVARA was in the vicinity of at least 79 FCPD catalytic converter theft cases between September and December 2024.

28.    MCPD executed a search warrant for the iPhone that was recovered from the burgundy 2005 Honda Accord bearing Maryland license plate A353448. MCPD successfully obtained a forensic extraction from the device. The iCloud account associated with the iPhone was

"erickmundo79@icloud.com" and the phone number associated with the device was 443-965-6361. The phone contained information for a Facebook account associated with ALFARO GUEVARA located at www.facebook.com/erickrabith, as well as a Hotmail account for erickrabith@hotmail.com, and an Instagram account in the name "Erick Alfaro" linked to an account at www.instagram.com/erickgti. The phone extraction contained partially deleted as well as complete WhatsApp conversations between the -6361 number and the -4020 number that appear to begin in or around September 2024 and run through on or around December 18, 2024. The listed "Push Name" for the -4020 number in the WhatsApp Application on the -6361 phone extraction is "Wilmerr <heart emoji><side-eye emoji><crying emoji>"; "Wilmer" is CC-1's middle name. The conversations on the early morning of December 18, 2024 appear to mention Honda Elements and Toyota Priuses, which is consistent with the type of vehicles that had their catalytic converters stolen on the night of December 17, 2024 into the morning of December 18, 2024 in the Arlington, Virginia area.

29.     During the investigation, the FBI identified a residence associated with CC-1 in Halethorpe, Maryland (the "Halethorpe Address").   On or about January 15, 2025, a law enforcement officer observed a black BMW 535i—consistent in appearance with the vehicle previously driven by CC-1—parked on the street in front of the residence.

30.     FBI surveillance teams conducted irregular surveillance of the Halethorpe Address as part of this investigation.  During surveillance on January 23, 2025, CC-1 was observed leaving the Halethorpe Address, getting into the black BMW 535i, and driving away. CC-1 drove the car for approximately 15 minutes, then pulled over at an intersection and changed his license plates. The new license plate was Maryland 2GA8733.

31.    . CC-1 then executed a U-turn and drove to an automotive service center located in Dundalk, Maryland. CC-1 was observed opening the trunk of the black BMW, speaking to mechanics at the location, and then leaving about five minutes later. CC-1 then drove back to the vicinity of the Halethorpe Address before being lost from view. The black BMW was later observed at a grocery store with the license plates changed back to a set of Virginia temporary tags. CC-1, Individual-1, and a small child were observed getting into the black BMW and returning to the Halethorpe Address.

32.    On February 6, 2025, a license plate reader in Fairfax County, Virginia recorded license plate 2GA8733 near the vicinity of Tucker Avenue and Birch Road, approximately four blocks from where two catalytic converter thefts were reported on that same date and timeframe. FCPD obtained surveillance camera footage showing a black BMW 535i at one of the thefts. In addition to those two incidents, FCPD had at least 15 other catalytic converter thefts reported overnight on February 5-6, 2025; February 6-7, 2025; February 9-10, 2025; and February 10-11, 2025, in the same area of Fairfax County.

33.    On March 3, 2025, the FBI executed a search warrant at the Halethorpe Address. At this residence, FBI recovered a Milwaukee Sawzall reciprocating saw and a search warrant executed on a black BMW 535i parked in front of the residence recovered multiple used metal cutting blades in the trunk and passenger compartment of the black BMW 535i. CC-1 was arrested by the FBI on the same day based on a warrant issued in the Eastern District of Virginia.

34.    Subsequent investigation revealed that the -6361 number was discontinued on or about December 18, 2024, likely because the phone was lost at the scene of the accident in Anne Arundel County. An analysis of phone records for CC-1, as well as a woman believed to be ALFARO GUEVARA's girlfriend (based on social media activity and contact frequency),

revealed that ALFARO GUEVARA had been using the phone number 443-965-5560 (the "-5560 number") since on or about December 30, 2024.

35.     On March 21, 2025, I obtained a federal search warrant in the Eastern District of Virginia for a cell phone seized from CC-1's residence during the search warrant executed on March 3, 2025, when CC-1 was arrested. The cell phone data showed that CC-1 was in contact with the -5560 number from at least January 1, 2025, through March 3, 2025. In the communications recovered from CC-1's cell phone, there were conversations with the -5560 number in which CC-1 and ALFARO GUEVARA discussed, in Spanish, vehicles and locations, as well as buying blades. Based on my training and experience, I believe these communications referred to planned thefts of catalytic converters.

36.     A forensic extraction of the -6361 phone recovered from the accident site by Anne Arundel County was obtained by MCPD pursuant to a state warrant. Review of that forensic extraction revealed the address of 1522 Elmtree Street (the "Elmtree Street address") in multiple locations. According to location data recovered from the forensic image of the -6361 phone, the -6361 phone was located in the immediate vicinity of the Elmtree Street address on December 17, 2024, at approximately 12:44:57pm based on location data attached to a captured image located on the -6361 phone.

37.     On April 16, 2025, members of an FBI surveillance team observed ALFARO GUEVARA and the female believed to be ALFARO GUEVARA's girlfriend exit the side gate of the Elmtree Street address. The female entered a BMW and left the location. ALFARO GUEVARA then returned to the Elmtree Street address and, shortly thereafter, was observed leaving in another BMW, believed to be the **SUBJECT VEHICLE**, from the rear alley gate. ALFARO GUEVARA then drove to the same auto service location that CC-1 had been observed

visiting on January 23, 2025, and ALFARO GUEVARA was also observed standing at the rear of what appeared to be the **SUBJECT VEHICLE** with the trunk open, while speaking with a shop employee. ALFARO GUEVARA was then lost from view after entering an alley in the 2800 block of Hollins Ferry Road and Rittenhouse Avenue after leaving the auto service location. A check of the Elmtree Street address by the FBI surveillance team at approximately 8:40pm that same night revealed that the rear gate facing the alley was open and that the rear of the Elmtree Street address, including what appeared to be a ground level/basement level door, was visible.

38.    On May 15, 2025, I obtained a search warrant in the Eastern District of Virginia for historical and prospective cell site location information (CSLI) associated with the -5560 number. Prospective CSLI data provided since has shown the -5560 number regularly located in the immediate vicinity of, and travelling to and from the immediate vicinity of, the Elmtree Street address.

39.    On May 16, 2025, ALFARO GUEVARA was charged by criminal complaint in the Eastern District of Virginia with a violation of 18 U.S.C. § 2314 (interstate transportation of stolen property), 18 U.S.C. § 2315 (sale or receipt of stolen goods), and 18 U.S.C. § 371 (conspiracy).

40.    On May 21, 2025, Special Agents of the FBI located and arrested ALFARO GUEVARA in an alley behind the Elmtree Address. ALFARO GUEVARA was operating the **SUBJECT VEHICLE**.  Inside the **SUBJECT VEHICLE**, next to the driver seat, was a silver and metallic blue Cricket cell phone (the "Cricket cell phone"). Visible in plain view in the back seat of the passenger compartment was a Sawzall cutting tool. During a clear of the vehicle incident to ALFARO GUEVARA's arrest cut catalytic converters were observed in the trunk. ALFARO GUEVARA was arrested wearing a black balaclava mask bundled at the top of his head. The

balaclava was observed to have a brownish residue located on the part of the mask that appeared to cover the rear/back of head area.

41.    When the Cricket cell phone was placed into airplane mode, the tracking location data for the -5560 number ceased being received. The last location for the -5560 phone indicated it had been in the same alleyway behind the Elmtree Address where ALFARO GUEVARA had been arrested and where the **SUBJECT VEHICLE** was located.

42.    Subsequent processing of the Cricket cell phone on March 23, 2025, revealed the lock screen/background of the Cricket cell phone appeared to depict ALFARO GUEVARA and a female who is consistent in appearance with ALFARO GUEVARA's girlfriend, who was also present at the 1522 Elmtree Address and was arrested separately that same day on unrelated State charges for failure to appear.

43.    The **SUBJECT VEHICLE** was towed to an FBI facility located at 2600 Lord Baltimore Drive, Windsor Mill, Maryland and has remained at that facility since it's seizure on May 21, 2025.

## CONCLUSION

44. In sum, your affiant submits there is probable cause to believe that the items listed in Attachment B which constitute evidence, fruits, and/or instrumentalities of violations of 18 U.S.C. § 2314 (interstate transportation of stolen property), 18 U.S.C. § 2315 (sale or receipt of stolen goods), and 18 U.S.C. § 371 (conspiracy), are likely to be found in the **SUBJECT VEHICLE** that is further described in Attachment A.

Respectfully submitted,

SAM SHAHRANI Digitally signed by SAM SHAHRANI Date: 2025.08.15 10:28:58 -04'00'

Sam D. Shahrani
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) on this 15th day of August 2025.

The Honorable Chelsea J. Crawford
United States Magistrate Judge